JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1401 21st Street, Suite 5242
Sacramento, CA 95811
Telephone:   707.726.6009
justin@tabayoyonlaw.com

Attorney for Plaintiffs **LEONOR ESTELLA LUNA and JOSH LUNA**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

In the matter of:

LEONOR ESTELLA LUNA and JOSH LUNA,

    Plaintiffs,

v.

TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH in their individual capacities and in their official capacities as police officers for CITY OF FAIRFIELD; and DOES 3-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally.

    Defendants.

**Case No.: 22-cv-01833 DB**

**STIPULATION AND ORDER**

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on October 31, 2023 (ECF 26).

WHEREAS no expert witnesses have been disclosed pursuant to Federal Rules of Civil Procedure, Rule 26, by either party.

WHEREAS no party will be prejudiced by the proposed extension below, nor are any key substantive dates of the Court affected, including no effect to the trial date.

WHEREAS the parties have met and conferred and have proposed amending the current Scheduling Order per the dates and deadlines listed below as they need more time to disclose their respective expert witnesses

WHEREAS the parties propose the following new dates, subject to the Court's approval.

1. Plaintiffs' deadline to disclose experts will be moved from April 26, 2024, to May 10, 2024.
2. Defendants' deadline to disclose experts will be moved from May 10, 2024, to May 24, 2024.

[End]

STIPULATED:

DATED: 4/26/2024 /s/ Justin Kirk Tabayoyon
Attorney for Plaintiffs

DATED: 04/26/2024 /s/John J. Swafford
John J. Swafford
Attorney for Defendants
(Electronically Signed)

IT IS SO ORDERED.

DATED:  April 26, 2024 /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*Stipulation and Order*