JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1401 21st St. Suite 5242
Sacramento, CA 95811
justin@tabayoyonlaw.com
Telephone: (707) 726-6009

Attorney for Plaintiffs, **LEONOR ESTELA LUNA and JOSHUA LUNA**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

In the matter of:

**LEONOR ESTELA LUNA** and **JOSHUA LUNA**,

　　Plaintiffs,
v.

**TERENCE BROWNRIDGE**, **RUSSELL TAYLOR**, and **JOSH SMITH** in their individual capacities and in their official capacities as police officers for **CITY OF FAIRFIELD**; and **DOES 3-50**, inclusive, individually and in their official capacities as peace officers for **CITY OF FAIRFIELD**, jointly and severally,

　　Defendants.

Case No.: 2:22-cv-01833-SCR

**STIPULATION AND ORDER AS MODIFIED BY THE COURT**

1

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833-DB*

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on October 13, 2023 (ECF 26), only with regard to the deadline for pretrial motions. The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

WHEREAS the current deadline for completion of dispositive motions is September 13, 2024 (ECF 34).

WHEREAS the parties will necessarily need additional time to adequately address the remaining issues(s) resulting from the parties' meet and confer process.

WHEREAS the parties are in the process of meeting and conferring about narrowing down the causes of action and require additional time to meet and confer and to prepare their respective filings accordingly.

WHEREAS no party will be prejudiced by the proposed extension of the deadline.

WHEREFORE, as good cause has been shown, the parties propose that the current pretrial motions deadline of September 13, 2024, be extended to November 12, 2024, subject to the Court's approval.

2

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833-DB*

IT IS SO STIPULATED.

Dated: 08/02/2024                    LAW OFFICES OF JUSTIN KIRK TABAYOYON

                                     By:    /s/ Justin Kirk Tabayoyon
                                            JUSTIN KIRK TABAYOYON
                                            Attorney for Plaintiffs
                                            Leonor Estela Luna and Joshua Luna


Dated: 08/02/2024                    MCNAMARA, AMBACHER, WHEELER, HIRSIG &
                                     GRAY LLP

                                     By:    /s/ John J. Swafford (authorized on 08/02/24)
                                            JOHN J. SWAFFORD
                                            Attorneys for Defendants
                                            Terence Brownridge, Russell Taylor, and Josh
                                            Smith

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order (ECF 26) and the subsequent minute order regarding scheduling (ECF 34) be modified as follows:

All pretrial motions shall be filed[1] by November 12, 2024. IT IS SO ORDERED.

DATED: August 8, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's scheduling order used the term "completion" in connection with a deadline for pretrial motions. By today's order, the Court sets not a completion deadline but a filing deadline for such motions.

4

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833-DB*