JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1401 21st Street, Suite 5242
Sacramento, CA 95811
Telephone:   707.726.6009
justin@jktlawinc.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

In the matter of:

LEONOR ESTELLA LUNA and JOSH LUNA,

    Plaintiffs,

v.

TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH in their individual capacities and in their official capacities as police officers for CITY OF FAIRFIELD; and DOES 3-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally.

    Defendants.

Case No.: 22-cv-01833 SCR

**STIPULATION TO AMEND PARAGRAPH 5 OF THE SECOND AMENDED COMPLAINT**

    All parties, by and through their counsel of record, submit this stipulation wherein they stipulate to amend paragraph 5 of the Second Amended Complaint (ECF 43) to clarify that the City of Fairfield is not a defendant in the action.

WHEREAS on September 24, 2024, the Second Amended Complaint was filed by stipulation (ECF 43);

WHEREAS on September 25, 2024, a summons was issued to the City of Fairfield (ECF 44);

WHEREAS the parties have met and conferred about the summons being issued and noticed that Paragraph 5 from both the original complaint filed on October 15, 2022, (ECF 1) and the Second Amendment Complaint filed on September 24, 2024, (ECF 43) incorrectly refer to the City of Fairfield as a defendant;

WHEREAS the parties did not intend the City of Fairfield to be included as a named defendant in Second Amended Complaint (ECF 43);

The parties agree Paragraph 5 of the Second Amended Complaint (ECF 43) should be amended as follows:

"CITY OF FAIRFIELD ("CITY"), California, is a public entity established by the law and Constitution of the State of California, and owns, operates, manages, directs, and controls the CITY OF FAIRFIELD Police Department ("FFPD") which employs the defendants in this action. CITY is not a named defendant in this action."

STIPULATED:

DATED: 10/04/2024                    /s/ Justin Kirk Tabayoyon
                                      Attorney for Plaintiffs


DATED: 10/04/2024                    /s/John J. Swafford
                                      John J. Swafford
                                      Attorney for Defendants

**ORDER**

For good cause shown, paragraph 5 of the Second Amended Complaint (ECF 43) is hereby amended as follows:

> "CITY OF FAIRFIELD ("CITY"), California, is a public entity established by the law and Constitution of the State of California, and owns, operates, manages, directs, and controls the CITY OF FAIRFIELD Police Department ("FFPD") which employs the defendants in this action. CITY is not a named defendant in this action."

DATED: October 4, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE