JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1401 21st Street, Suite 5242
Sacramento, CA 95811
Telephone:   707.726.6009
justin@jktlawinc.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of:<br><br>LEONOR ESTELLA LUNA and JOSH LUNA,<br><br>   Plaintiffs,<br>v.<br><br>TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH in their individual capacities and in their official capacities as police officers for CITY OF FAIRFIELD; and DOES 3-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally.<br><br>   Defendants. | **Case No.: 22-cv-01833 SCR**<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING A REFERRAL FOR A SETTLEMENT CONFERENCE AND MODIFYING PRETRIAL MOTIONS FILING DEADLINE** |

1

All parties, by and through their counsel of record, submit this stipulation and proposed order wherein they stipulate as set forth below and hereby move this Court for a referral for a Settlement Conference to be handled remotely via Zoom in December 2024. The parties stipulate that good cause exists to schedule a remote Settlement Conference as indicated below.

WHEREAS the parties have met and conferred that a Settlement Conference would be beneficial in this matter.

WHEREAS the parties wish to schedule a Settlement Conference to be held remotely via Zoom to facilitate resolution of the case while minimizing logistical challenges for all involved;

WHEREAS the parties have contacted the clerk of Magistrate Judge Carolyn K. Delaney and have determined that December 12, 2024 is available for the scheduling of a remote Settlement Conference in this matter, along with a Settlement Conference that same date in a similar type civil rights matter being handled by the same counsel and involving the same public entity, namely *Santos et al. v. Wiest*, 2:22-cv-01856 DJC-AC, with similar type stipulation and proposed order to be filed in that matter.  In other words, the parties, per Judge Delaney's approval already, plan to conduct two Settlement Conferences with her on that date in these two matters.

WHEREFORE, as good cause has been shown, the parties respectfully request that the Court issue an order referring this matter for a remote Settlement Conference via Zoom before Magistrate Judge Carolyn K. Delaney on December 12, 2024, at a time to be determined by Judge Delaney's calendar per party input.

FURTHER, to mitigate costs and the expenditure of resources, the parties propose that the current pretrial motions deadline of November 12, 2024 be extended to January 24, 2025, subject to the Court's approval, to allow the parties to explore discussions at the Settlement Conference.

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833- SCR*

IT IS SO STIPULATED:

DATED: 10/28/2024  /s/ Justin Kirk Tabayoyon
Attorney for Plaintiffs


DATED: 10/28/2024  /s/Noah Blechman
Noah Blechman
Attorney for Defendants

3

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833- SCR*

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that this matter is herein referred for a Settlement Conference to be conducted remotely via Zoom before Magistrate Judge Carolyn K. Delaney on **December 12, 2024.** The time of the Settlement Conference will be determined by Magistrate Judge Delaney's department. In addition, all pretrial motions shall now be filed no later than January 24, 2025.

DATED: October 28, 2024

_____
HON. SEAN C. RIORDAN
United States Magistrate Judge

*Stipulation and Order*
*Luna v. Brownridge, et al. Case No.: 2:22-cv-01833- SCR*