NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
TERENCE BROWNRIDGE, RUSSELL TAYLOR, and
JOSHUA SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONOR ESTELA LUNA and JOSH LUNA,<br><br>    Plaintiffs,<br><br>vs.<br><br>TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH in their individual capacities and in their official capacities as police officers for CITY OF FAIRFIELD; and DOES 3-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally,<br><br>    Defendants. | Case No. 2:22-CV-01833 SCR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs LEONOR ESTELA LUNA and JOSH LUNA, and Defendants TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiffs' Second Amended Complaint, the operative complaint, so the entire action, against the Defendants, with prejudice. Each party agrees

to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 28, 2025        /s/ Justin Tabayoyon
                               Justin Tabayoyon
                               Attorney for Plaintiffs

Dated: January 28, 2025        MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

                               By:   /s/ Noah G. Blechman
                                     Noah G. Blechman
                                     John J. Swafford
                                     Attorneys for Defendants
                                     TERENCE BROWNRIDGE, RUSSELL TAYLOR, and JOSHUA SMITH

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiffs' Second Amended Complaint, namely this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs.

**IT IS SO ORDERED**

DATED: January 29, 2025

_/s/ Sean C. Riordan_
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE